# Exhibit E

# Life proof of death claimant's statement


**MIDLAND NATIONAL.**®

---

**VERY IMPORTANT: Before completing this statement, please read all instructions on the instruction page.**
**A death certificate with a cause and manner of death is required when filing a claim. Please return all applicable pages.**

Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime. Such person may be subject to fines and/or confinement in prison.

## 1. Policy number(s)

List policy number(s)
█████ 6975

## 2. Deceased's information

Deceased's full name
Alexandra Lee Ganilao Hughes Weckessen

## 3a. Claimant information: Individual — Each beneficiary must complete their own Claimant's Statement.

| Claimant's full name | Date of birth (mm/dd/yyyy) | Relationship to deceased |
|---|---|---|
| Angelina Ebreo | ████ 1977 | Sister |

| Address | Social Security number or Tax identification number |
|---|---|
| ████████████ | █████ 5174 |

| City, State, ZIP | State of residence |
|---|---|
| Bayonne, NJ 07002 | NJ |

| Email address | Daytime phone number |
|---|---|
| ████████████ | ████████ |

## 3b. Claimant information: Trust, estate, or other entity — Refer to the instructions page of this form for additional requirements.

| Trust/Estate/Entity Name | Trust Date (mm/dd/yyyy) |
|---|---|
| | |

| Trust/Estate/Entity Address | Trust/Estate/Entity Tax Identification Number (TIN) |
|---|---|
| | |

| Trust/Estate/Entity City, State, ZIP | Entity Residence State |
|---|---|
| | |

| Trustee/Executor Name(s) | Trustee/Executor Daytime phone number |
|---|---|
| | |


*3864-1*

Midland National® Life Insurance Company | **Administrative Office:** One Sammons Plaza, Sioux Falls, SD 57193 | **Principal Office:** West Des Moines, IA
**Phone:** 800-733-2524 | **Fax:** 877-841-6706 | MidlandNational.com
3864-1
Page 1 of 5
REV 6-25

# Instructions for completing proof of death claimant's statement


**MIDLAND NATIONAL.**

We have prepared this claim kit to assist you in filing a claim for death benefits. It is important that we receive all of the information requested. **All applicable pages of this form must be returned for acceptance.**

## Death claim document requirements - The following documents are required to file a claim.

- A **death certificate**. With cause and manner of death. If there are multiple beneficiaries on a contract, only **one** beneficiary needs to supply. A copy of the death certificate is acceptable if the total amount of all claims is less than $500,000 and death occurred within the United States. The company reserves the right to require an original death certificate. Original death certificates submitted are not returned.
- A completed **Life proof of death claimant's statement (3864-1)\***.
- **We are unable to accept a form with whiteout.** If an error occurs, correct the error, initial and date by the change.
- Any additional requirements listed below, or requested by us.

## Special instructions and additional requirements

- **Assignments for funeral expenses** require a signed assignment form (supplied by the funeral home) and an itemized copy of the funeral bill. If there are multiple beneficiaries, each beneficiary is required to sign an assignment form. A separate check for the amount of the assignment will be mailed directly to the funeral home.
- When **no beneficiary is named**, or if no beneficiary survives the insured, the proceeds are payable to the **Estate** of the insured or policyowner in accordance with the policy provisions. If the proceeds are payable to the **estate**, the executor or administrator of the deceased's estate must complete the Life claimant statement. A **Court certificate of appointment** is required. Also, a separate Tax Identification number for the Estate is required. A decedent and their Estate are considered separate taxable entities and therefore the Estate will need to apply for a Tax Identification number or Employer Identification number (EIN). Please consult your tax advisor for additional tax filing questions.
- If the proceeds are payable to a **trust**, a completed **Certification of trust** form (7519)\* is required. For questions on how to complete this form, please consult your legal advisor or trust preparer. For questions on how to complete this form, consult your legal advisor or trust preparer. Generation-Skipping Transfer Tax Release form (12973)\* is required when proceeds are payable to the Trust equals or exceeds $250,000.00, this form must be notarized.
- If the proceeds are payable to a **minor or incompetent beneficiary**, the guardian of the estate of the minor or incompetent beneficiary must complete the annuity claimant statement. A **Court certificate of appointment** is required. If Legal Guardianship is not established, the Company will hold the proceeds, at interest, until the minor reaches the age of majority.
- If the proceeds are payable to a beneficiary with a **power of attorney** and the **attorney-in-fact** completes the claimant statement, completion of the **Certificate of power of attorney** form (19656)\* is required. If the beneficiary is unable to sign, please include the full power of attorney document and explanation as to why the beneficiary is unable to sign the Certificate of power of attorney.
- **If a beneficiary is deceased**, a death certificate is required.
- When the named beneficiary is a **business, corporation, or organization**, the original signature of an authorized representative is required. A copy of the corporate resolution showing authorized party to sign on behalf the business, corporation or organization is required.
- If the **death occurred outside of the United States**, the official death certificate issued in the country where the death occurred and a completed **Foreign death questionnaire** form (12974)\*, a **Report of Death of an American Citizen, Part Two of the Claimant's Statement** form (3864-2)\* and a **HIPAA Authorization** form (10094)\* are also required.
- If the beneficiary designation is surviving children, a completed and notarized **Affidavit of surviving children** form (6506)\* is required from one surviving child.
- If the **claimant's name is different** than what was listed by the owner, please submit the appropriate documentation (e.g., name change document, marriage certificate, divorce decree, etc.).
- **Contestable Claims** (when the death has occurred within the first two years of the policy contract date, reinstatement, increase of coverage, or change of class). In addition to the other claim documents, **Part Two of the Claimant's Statement** form (3864-2)\* and a **Claim HIPAA Authorization** form (10094)\* are required.
- **Accidental Death Benefits** (if the policy provides additional benefits for accidental death). In addition to the other claim documents, **Part Two of the Claimant's Statement** form (3684-2)\* and a **Claim HIPAA Authorization** form (10094)\* are required. Please provide copies of the accident report and/or police incident report, newspaper clippings, or any other documentation regarding the accident or incident if available.

\*We invite you to visit our website at **MidlandNational.com/life-claim-forms** for helpful brochures that provide additional information on settlement options that may be available to you, frequently asked questions about the claim process and electronic versions of the claims forms. Copies of the documents found on our website can be obtained by calling our claims department at the number listed below. If you have questions or need assistance on how to complete a form please call us toll-free at **800-733-2524**. We are available Monday through Thursday from 7:30 a.m. to 5:00 p.m. (central time) and Friday from 7:30 a.m. to 12:30 p.m. (central time). A service professional will be happy to take your important call.

| **Our mailing address is:** | **Our overnight mailing address is:** |
|---|---|
| Midland National® Life Insurance Company | Midland National® Life Insurance Company |
| Life Division | Life Division |
| P.O. Box 5973 | One Sammons Plaza |
| Sioux Falls, SD 57117 | Sioux Falls, SD 57193 |



*13945-2*

**4. Settlement options (choose only one option)**

☐ **Lump sum via check**

☒ **Lump sum via Automated Clearing House (ACH)** – If electing the ACH, the ACH information found on page 2 is required to be completed in full.

☐ **Lump sum via an Access Account** – (refer to the retained asset account notice to determine if this election is available) — Review the Access account flyer (14446Y)* that is included in the death claim kit for additional information (minimum amount $15,000). Complete section 5 to name a Beneficiary(ies) to receive the Policy proceeds in the event of your death.

☐ **Interest Option** – Proceeds left on deposit at interest. If this option is elected the Beneficiary Designation section on the bottom of Page 2 must be completed.

☐ **Installment Option** – Installments of a specified amount or for a specified length of time. If this option is elected the Beneficiary Designation section on the bottom of Page 2 must be completed.

☐ **Life Income Option** – Installments providing a life income. If this option is elected the Beneficiary Designation section on the bottom of Page 2 must be completed.

If you would like information regarding the settlement options, please contact the Claims and Benefits Department.

### If electing ACH, signature of the beneficiary and date signed is required
### on page two and page five of the Proof of Death Claimant's Statement.

If electing Lump Sum via ACH (Direct Deposit), the following section needs to be completed in full. **Please indicate checking or savings.** By signing below and providing a voided check, you elect to have your payment sent ACH.

☒ **Checking Account** – A voided check with a pre-printed name is required. Starter checks and deposit slips are not accepted. A bank letter can also be submitted. Provide a letter on your bank's letterhead, signed by a bank official, with your name, account number, and routing number.

☐ **Savings Account** – A bank letter is required. Please provide a letter on your bank's letterhead signed by a bank official, with your name, account number and routing number.

I authorize you and the financial institution indicated on my attached voided check to automatically deposit my life death distribution. Should an inappropriate deposit be made, the financial institution is authorized to make debit entries to my account and return to Midland National the corrected amount. This authorization will remain in effect until I have canceled in writing.

**Note: Attach a voided check or signed bank letter to a separate sheet and submit with this form. Incomplete documentation will result in issuing a paper check instead of delaying claim payment of ACH requests.**

| Routing Number | Account Number | |
|---|---|---|
| ██ 00 25 | ██ 4 788 | |
| Bank Name *Wells Fargo* | Address ██ *Bayonne, NJ* 07 00 2 | Phone number ██ |

**All financial institution account holders must sign.**

| Signature of account holder | Date (mm/dd/yyyy) |
|---|---|
| *[signature]* | 10/13/2025 |

**Midland National® Life Insurance Company** | **Administrative Office:** One Sammons Plaza, Sioux Falls, SD 57193 | **Principal Office:** West Des Moines, IA

3864-1                    **Phone:** 800-733-2524 | **Fax:** 877-841-6706 | MidlandNational.com                    REV 6-25
Page 2 of 5

## 5. Beneficiary designation

If a settlement option other than lump sum via check or lump sum via ACH was elected this section must be completed in full. Please complete all fields for each beneficiary that you are designating to ensure benefits are provided to your beneficiary. If additional space is needed, please attach a separate sheet of paper with the designation that also includes the policy number, date and signature.

If a Trust Beneficiary is designated the Certification of trust form (7519) will need to be submitted to our office. Complete all fields for each Beneficiary that you are designating to ensure benefits are provided to your Beneficiary. **Percentages must be listed and fractions are not accepted. Percentage of proceeds must equal 100%.** If additional space is needed, please attach a separate sheet of paper with the designation that also includes the Contract number and your signature.

| Name | Beneficary type: ☐ Primary ☐ Contingent | Relationship |
|---|---|---|
| Mailing address | Social Security Number | Percentage of proceeds |
| City, State, ZIP | Date of birth (mm/dd/yyyy) | ☐ Per stirpes ☐ Per capita |
| Email address | | Daytime phone number |

| Name | Beneficary type: ☐ Primary ☐ Contingent | Relationship |
|---|---|---|
| Mailing address | Social Security Number | Percentage of proceeds |
| City, State, ZIP | Date of birth (mm/dd/yyyy) | ☐ Per stirpes ☐ Per capita |
| Email address | | Daytime phone number |

| Name | Beneficary type: ☐ Primary ☐ Contingent | Relationship |
|---|---|---|
| Mailing address | Social Security Number | Percentage of proceeds |
| City, State, ZIP | Date of birth (mm/dd/yyyy) | ☐ Per stirpes ☐ Per capita |
| Email address | | Daytime phone number |

| Trust Name | Trustee Name | Beneficiary Type ☐ Primary ☐ Contingent |
|---|---|---|
| Trust TIN | Trustee Social Security Number (SSN) | Percentage of proceeds |
| Trust effective date (mm/dd/yyyy) | Trustee date of birth (mm/dd/yyyy) | Trust email address |
| Trustee mailing address (Street Address, City, State, ZIP) | | Trustee daytime phone number |

## 6. Fraud notices (state variations)

| State | Variation |
|-------|-----------|
| Alabama | "Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof." |
| Alaska | "A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete, or misleading information may be prosecuted under state law." |
| Arkansas/District of Columbia/Kentucky/Maine/Michigan/New Mexico/Ohio/Oklahoma/Tennessee | "Any person who, with intent to defraud or knowing that he/she is facilitating a fraud against an insurer, submits an application or files a claim containing false or deceptive statement is guilty of insurance fraud, which is a crime. Penalties may include imprisonment, fines and denial of insurance benefits." |
| Arizona | For your protection Arizona law required the following statement to appear on this form. "Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties." |
| California | "For your protection California law requires the following to appear on this form. Any person who knowingly presents false or fraudulent information to obtain or amend insurance coverage or to make a claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison." |
| Colorado | "It is unlawful to knowingly provide false, incomplete, or misleading facts of information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance, and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading fact of information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies." |
| Delaware/Idaho/Indiana | "Any person who knowingly, and with intent to injure, defraud, or deceive any insurer, files a statement of a claim containing any false, incomplete or misleading information is guilty of a felony." |
| Florida | "Any person who knowingly, and with intent to injure, defraud, or deceive any insurer, files a statement of claim or an application containing any false, incomplete or misleading information is guilty of a felony of the third degree." |
| Hawaii | "For your protection, Hawaii law requires you to be informed that presenting a fraudulent claim for payment of a loss or benefit is a crime punishable by fines or imprisonment, or both." |
| Louisiana/Maryland/Rhode Island | "Any person who knowingly and willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly and willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison." |
| Minnesota | "A person who submits an application or files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime." |
| New Hampshire | "Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20." |
| New Jersey | "Any person who knowingly makes an application for insurance coverage containing any false or misleading information is subject to criminal and civil penalties." |
| New York | "Any person who knowingly, and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime and shall also be subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation." |
| Pennsylvania | "Any person who knowingly, and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties." |
| Puerto Rico | "Any person who knowingly, and with intent to defraud presents false information in an insurance request form, or who presents, helps or has presented a fraudulent claim for the payment of a loss or other benefit, or presents more than one claim for the same damage or loss, will incur a felony, and upon conviction will be penalized for each violation with a fine not less than five thousand (5,000) dollars nor more than ten thousand (10,000) dollars, or imprisonment for a fixed term of three (3) years, or both penalties. If aggravated circumstances prevail, the fixed established imprisonment may be increased to a maximum of five (5) years; if attenuating circumstances prevail, it may be reduced to a minimum of two (2) years." |
| Virginia | "Any person who knowingly, and with intent to defraud or knowing that he/she is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement may have violated state law." |
| Washington | "It is a crime to knowingly provide false, incomplete, or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines, and denial of insurance benefits." |

Midland National® Life Insurance Company | **Administrative Office:** One Sammons Plaza, Sioux Falls, SD 57193 | **Principal Office:** West Des Moines, IA

3864-1
**Phone:** 800-733-2524 | **Fax:** 877-841-6706 | MidlandNational.com
REV 6-25

Page 4 of 5

## 7. Signature verification

I/We do hereby make claim to said insurance, declare that the answers recorded below are complete and true, and agree that the furnishing of this and any supplemental forms do not constitute an admission by the Company that there was any insurance in force on the life in question, nor a waiver of its rights or defenses.

**Under penalty of perjury, I certify that:**

1. The tax ID number I have entered above is correct – or I am waiting for a number to be issued to me; and

2. I am not subject to backup withholding because (a) I am exempt from backup withholding; or (b) I have not been notified by the IRS that I am subject to backup withholding as a result of a failure to report all interest or dividends; or (c) the IRS has notified me that I am no longer subject to backup withholding; and

3. I am a U.S. citizen or other U.S. person (all foreign individuals/organizations must complete a W-8 BEN)

Please cross through item 2 if you have been notified by the IRS that you are subject to backup withholding because you have failed to report all interest and dividends on your tax return.

**The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.**

**The Trustee(s) agree to release, indemnify and hold harmless the Company, its officers, employees, agents/representatives, and affiliates from and against all claims arising out of the sale or administration of the product to the Trust. The Trustee(s) certify that the product is suitable for the purposes of the trust and does not impair the rights of the trust beneficiaries. The Trustee(s) acknowledge that the company has not provided any tax, legal or financial advice and is not authorized to recommend or sell Trusts and any Trust recommendation has been provided by an independent tax, legal or financial advisor. The Company will issue and administer the Contract based solely upon the representations made by the Trustee(s) and that any consequence of any error, inaccuracy, or misunderstanding in interpreting the Trust will be borne solely by the Trustee(s).**

**Elections made on this claimant statement are a full and final settlement once proceeds have been processed.**

| Signature of claimant | Current date (mm/dd/yyyy) |
|---|---|
| | 10/13/2025 |

**Note: If completing this form for a trust, estate, or entity, include your title next to your signature (e.g., Jane Doe, Trustee).**

Note: Your signature must be a wet signature. We do not accept electronic signatures.

**\*Please return all applicable pages of this form.\***

# THE CITY OF NEW YORK
## VITAL RECORDS CERTIFICATE

# DEATH TRANSCRIPT

THE CITY OF NEW YORK -- DEPARTMENT OF HEALTH AND MENTAL HYGIENE

DATE FILED

## CERTIFICATE OF DEATH

Certificate No. **156-25-036524**

NEW YORK CITY
DEPARTMENT OF HEALTH
AND MENTAL HYGIENE
Sep 01, 2025 06:26 AM

**1. DECEDENT'S LEGAL NAME** ALEXANDRA   LEE GARILAO   WECKESSER
(First, Middle, Last, Suffix)

**Place Of Death**
2a. New York City
2b. Borough **Manhattan**

2c. Type of Place
1 ☒ Hospital Inpatient
2 ☐ Emergency Dept/Outpatient
3 ☐ Dead on Arrival
4 ☐ Nursing Home/Long Term Care Facility
5 ☐ Hospice Facility
6 ☐ Decedent's Residence
7 ☐ Other Specify _____

2d. Any Hospice care in last 30 days
1 ☒ Yes
2 ☐ No
3 ☐ Unknown

2e. Name of hospital or other facility (if not facility, street address)
**New York Presbyterian Hospital**

Date and Time of Death
3a. (Month) **September** (Day) **01** (Year-yyyy) **2025**
3b. Time **1:59** ☒ AM ☐ PM
4. Sex **Female**
5. Date last attended by a Physician mm **09** dd **01** yyyy **2025**

6. Certifier: I certify that death occurred at the time, date and place indicated and that to the best of my knowledge traumatic injury or poisoning DID NOT play any part in causing death, and that death did not occur in any unusual manner and was due entirely to NATURAL CAUSES. See Instructions on reverse of certificate.

☐ D.O. ☐ M.D. ☐ NP ☐ RPA

Name of Medical Certifier **SAMANTHA   PRINZING** (Type or Print)
Signature *Samantha Prinzing* — Signature Electronically Authenticated

Address **622 W 168th Street New York, NY 10032**
License No. **243178**
Date **SEP-1-2025**

7a. Usual Residence State **New Jersey**
7b. County **Middlesex**
7c. City or Town **Woodbridge**
7d. Street and Number ▓▓▓▓
Apt. No.
ZIP Code **07095**
7e. Inside City Limits? 1 ☐ Yes 2 ☒ No

8. Date of Birth (Month) ▓▓ (Day) ▓▓ (Year-yyyy) **1988**
9. Age at last birthday (years) **37**
Under 1 Year Months *** Days ***
Under 1 Day Hours *** Minutes ***
10. Social Security No. ▓▓▓**8740**

11a. Usual Occupation (Type of work done during most of working life. Do not use "retired") **Registered Nurse**
11b. Kind of business or industry **Horizon BCBS**
12. Aliases or AKAs *** ***

13. Birthplace (City & State or Foreign Country) **Bayonne, NJ**

14. Education (Check the box that best describes the highest degree or level of school completed at the time of death)
1 ☐ 8th grade or less; none
2 ☐ 9th – 12th grade; no diploma
3 ☐ High school graduate or GED
4 ☐ Some college credit, but no degree
5 ☐ Associate degree (e.g., AA, AS)
6 ☐ Bachelor's degree (e.g., BA, AB, BS)
7 ☒ Master's degree (e.g., MA, MS, MEng, MEd, MSW, MBA)
8 ☐ Doctorate (e.g., PhD, EdD) or Professional degree (e.g., MD, DDS, DVM, LLB, JD)

15. Ever in U.S. Armed Forces? 1 ☐ Yes 2 ☒ No
16. Marital/Partnership Status at time of death
1 ☒ Married   2 ☐ Domestic Partnership   3 ☐ Divorced
4 ☐ Married, but separated   5 ☐ Never Married   6 ☐ Widowed
7 ☐ Other, Specify _____   8 ☐ Unknown

17. Surviving Spouse's/Partner's Name (prior to first marriage)(First, Middle, Last) **Justin Weckesser**

18. Father/Parent Name (Prior to first marriage) (First, Middle, Last) **James G Hughes Jr.**
19. Mother/Parent Name (Prior to first marriage) (First, Middle, Last) **Nona Josefa Garilao**

20a. Informant's Name **Justin Weckesser**
20b. Relationship to Decedent **Spouse**
20c. Address (Street and Number) ▓▓▓▓ Apt. No. City & State **Woodbridge, NJ** ZIP Code **07095**

21a. Method of Disposition
1 ☐ Burial   2 ☒ Cremation   3 ☐ Entombment   4 ☐ City Cemetery
5 ☐ Other Specify _____
21b. Place of Disposition (Name of cemetery, crematory, other place) **Rosehill Crematory**

21c. Location of Disposition (City & State or Foreign Country) **Linden, NJ**
21d. Date of Disposition mm **09** dd **05** yyyy **2025**

22a. Funeral Establishment **Scarpaci Funeral Home of Staten Island, LLC**
22b. Address (Street and Number) City & State ZIP Code **6389 Amboy Rd Staten Island, NY 10309**

Changes approved for filing by the Commissioner of Health. Formerly: Disposition Method - Interim; approved by Deputy City Registrar J. Hicks on Sep-04-2025; No further entry beyond this point.***

COPY

VR 15 (Rev. 01/20)

EVT202509486743

*Gretchen VanWye*
Gretchen Van Wye, PhD, City Registrar

This is to certify that the foregoing is a true copy of a record on file in the Department of Health and Mental Hygiene. The Department of Health and Mental Hygiene does not certify to the truth of the statements made thereon, as no inquiry as to the facts has been provided by law.

Do not accept this transcript unless it bears the security features listed on the back. Reproduction or alteration of this transcript is prohibited by §3.19(b) of the New York City Health Code if the purpose is the evasion or violation of any provision of the Health Code or any other law.



1400002153995
September 4, 2025

