**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MIDLAND NATIONAL LIFE INSURANCE COMPANY,<br><br>    *Plaintiff*,<br><br>  v.<br><br>ANGELINA EBREO; and JUSTIN WECKESSER,<br><br>    *Defendants*. | Case No.  2:26-cv-5420 |

<u>**PLAINTIFF MIDLAND NATIONAL LIFE INSURANCE COMPANY'S
CORPORATE DISCLOSURE STATEMENT**</u>

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 601.6, Plaintiff Midland National Life Insurance Company ("Midland"), by and through its undersigned counsel, files this Corporate Disclosure Statement, and, by doing so, states the following:

1. Pursuant to Federal Rule of Civil Procedure 7.1(a)(1), Midland states that its parent company is Sammons Financial Group, Inc. Neither Midland nor Sammons Financial Group, Inc. are publicly traded companies, and no publicly held corporation owns 10% or more of Midland's nor Sammons Financial Group, Inc's stock.

2. Pursuant to Federal Rule of Civil Procedure 7.1(a)(2), Midland states that it is a citizen of Iowa. Specifically, Midland is a corporation organized and existing under the laws of the State of Iowa, with its principal place of business in Iowa.

[*attorney signature block on next page*]

1

Dated: May 13, 2026

**FAEGRE DRINKER BIDDLE & REATH LLP**


/s/ *Dona Trnovska Gilliland*

Dona Trnovska Gilliland
1500 K Street N.W., Ste. 1100
Washington, DC 20005
Phone: (202) 842-2200
Facsimile: (202) 842-8465
*dona.gilliland@faegredrinker.com*

**ATTORNEY FOR PLAINTIFF, MIDLAND
NATIONAL LIFE INSURANCE COMPANY**